**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300, White Plains, NY 10601
Tel: (914) 428-7124  Fax: (914) 948-5109

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2023

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Fallon Cruz
23 Cr 621 (CS)

Dear Honorable Seibel,

I am writing on behalf of Fallon Cruz to request that the upcoming conference, scheduled for December 22, 2023 at 11:30am, be postponed until mid-January.[1]  I am making this request to allow Ms. Cruz additional time to review the Piementel letter provided by the Government, and to prepare for her likely plea.  I have communicated with AUSA Stephanie Simon and the Government does not object to this request.  I have no objection to the exclusion of time.

Thank you for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Stephanie Simon (via email and ECF)

Conference adjourned to 1/18/24 at 11:15 am.  The time between then and now is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the defendant to consider a possible disposition without trial, and to prepare for the plea if she decides to go foward with it.

SO ORDERED.

*Cathy Seibel*    12/15/23
CATHY SEIBEL, U.S.D.J.

---

[1] This is the first time that I am requesting that this conference be adjourned.